## ARTHUR *v.* COLORADO.

No. 486, Misc.   Decided March 8, 1965.

*Edward C. King* for petitioner.

*Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is reversed.   *Gideon* v. *Wainwright,* 372 U. S. 335; *Pickelsimer* v. *Wainwright,* 375 U. S. 2.

## HALL *v.* ILLINOIS.

No. 848, Misc.   Decided March 8, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.